

IT IS ORDERED

Date Entered on Docket: July 7, 2016

**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

DALE RITCHIE and
LINDA SHARON RITCHIE
  Debtors.                                                    No. 14-11863-t7

### STIPULATED ORDER GRANTING MOTION TO
### COMPEL ABANDONMENT OF PROPERTY

This matter came before the Court on the Debtor's Motion to Compel Trustee's Abandonment of Assets Pursuant to 11 U.S.C. §554 filed on January 28, 2016 as docket entry #32 (the "Motion") and the Objection filed by the Chapter 7 Trustee filed on February 22, 2016 as docket entry #34. Having considered the Motion and the record, and the requirements set forth in the Bankruptcy Code and Bankruptcy Rules, and being sufficiently advised;

The Court FINDS: (a) that on January 28, 2016, Debtor filed the Motion; (b) on January 28, 2016, notice of the objection period (docket #33) along with the Motion was served ("Notice") on all creditors and other parties in interest as shown on the mailing list provided to the Court by the Debtor, specifying that objections were to be filed no later

1

than twenty-one days (plus three days mailing) from the date of mailing of the Notice; (c) the Notice was appropriate in the particular circumstances; (d) the objection deadline of February 22, 2016 has expired with the only objection filed by the trustee; (e) the Court having conducted two separate preliminary hearing on the matter; (f) the party referred to in the trustee's objection is no longer interested in purchasing assets from the estate; (g) no other party has come forward with an offer, resulting in the trustee filing a Report of No Distribution (docket #43) effectively abandoning all assets; (h) the trustee no longer has grounds to oppose the Motion; and (i) the Motion is well taken and should be granted.

THE COURT THEREFORE ORDERS, pursuant to 11 U.S.C. §554(b), that the Motion is granted and all assets listed in the Debtors' schedules are abandoned.

**END OF ORDER**

Respectfully Submitted,

*S/electronically Submitted 6.29.16*
R. "Trey" Arvizu, III
Attorney for Debtor
P.O. Box 1479
Las Cruces, NM 88004
(575)527-8600
(575)527-1199 (fax)
trey@arvizulaw.com

Approved:

WALKER & ASSOCIATES,
a Professional Corporation

*Approved via email 6.29.16*
Thomas D. Walker
Samuel I. Roybal
500 Marquette N.W., Suite 650
Albuquerque, N.M. 87102
(505) 766-9272

(505) 722-9287 (fax)
Attorneys for the Trustee

*Approved as to Form Only via email 6.29.16.*
MICHAEL T. MILLIGAN
N.M. Bar No. 14998
4171 N Mesa St., Suite B-201
El Paso, Texas 79902
ElPasoMike13@aol.com
Phone: (915) 544-5587
Facsimile: (915) 544-2773

Darin L. Brooks, *pro hac vice*
Texas Bar No. 00796252
Federal I.D. No. 22788
dbrooks@grayreed.com
John G. George, Jr., *pro hac vice*
Texas Bar No. 24051944
Federal I.D. No. 107192
jgeorge@grayreed.com

Gray Reed & McGraw, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056-3000
Phone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEYS FOR PLAINTIFF
PHILLIPS 66 COMPANY**